# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:91-CR-94-6

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALVIN WILSON   (6) | **ORDER** |

**THIS MATTER** is before the Court on the pro se letter motion to amend the judgment [see doc. 19] filed on April 28, 2015. The Motion is hereby **GRANTED.** Defendant's sentence is to be served concurrently with his state sentence. Therefore, a new J&C is to be prepared to reflect that the seventy two months sentence imposed on July 31, 1992 is to be served concurrently with the state sentence. All other aspects of the Judgment are to remain in effect.

**IT IS SO ORDERED.**

Signed: May 7, 2015

Graham C. Mullen
United States District Judge